# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2969
_____

KIMWASIA ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 10, 2025

PER CURIAM.

The Court dismisses the appeal as untimely filed.

ROWE, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kimwasia Anderson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.